**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 0 6 2024

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 24-1578 MLG |
| vs. | ) Count 1: 18 U.S.C. §§ 2251(a), 2251(e), and 2256: Production of a Visual Depiction of a Minor Engaging in Sexually Explicit Conduct; |
| KEVIN WEISS, | ) |
| Defendant. | ) Count 2: 18 U.S.C. §§ 2252A(a)(5)(B), 2252A(b)(2), and 2256: Possession of Child Pornography. |

## INDICTMENT

The Grand Jury charges:

### Count 1

From on or about a date unknown, but no earlier than June 2020, and continuing to on or about February 9, 2024, in Bernalillo County, in the District of New Mexico, and elsewhere, the defendant, **KEVIN WEISS**, employed, used, persuaded, induced, enticed and coerced a minor under 18 years of age, Jane Doe, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of 18 U.S.C. §§ 2251(a), 2251(e), and 2256.

### Count 2

From on or about December 30, 2023, to on or about March 25, 2024, in Bernalillo County, in the District of New Mexico, the defendant, **KEVIN WEISS**, knowingly possessed any material which contains child pornography, as defined in 18 U.S.C. § 2256(8), involving a

prepubescent minor, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce, and had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and was produced using materials which had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2), and 2256.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney